UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV810 JCH |
| ) | |
| FIVE HUNDRED TEN THOUSAND, ) | |
| EIGHTY-EIGHT DOLLARS ) | |
| ($510,088.00) U.S. CURRENCY, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Clerk's Entry of Default, entered September 3, 2008 (Doc. No. 20) is **VACATED**.

**IT IS FURTHER ORDERED** that the Default Judgment of Forfeiture, entered September 3, 2008 (Doc. No. 21) is **VACATED**.

Dated this 16th day of October, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE