UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 2 4 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV00810 JCH |
| ) | |
| $510,088.00 U.S. CURRENCY, ET. AL. ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, Melvin Whitten and Donald Whitten,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, $510,088.00 U.S. Currency and one 2007 Trailmaster Flatbed Trailer, VIN 5BEBU20287C144822, with all appurtenances and attachments therein, shall be forfeited to the United States of America to be disposed of according to law,

One 2003 Ford F-350 Pick-Up, VIN 1FTWW32SX3EA23690, with all appurtenances and attachments therein, shall be returned to the claimant, Melvin Whitten, and

This matter is dismissed, with each party to bear its own costs.

IT IS SO ORDERED,

_Jean C Hamilton by:_
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 24th Day of November, 2008